UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CITY PLATING AND POLISHING, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **GREEN MOUNTAIN INDUSTRIAL SUPPLY LLC**, <br><br> *Defendant*. | Case No. : 1:18-cv-2168-DAP <br><br> **JUDGE DAN AARON POLSTER** <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff City Plating and Polishing, LLC hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

                                              Respectfully submitted,

                                              **CITY PLATING AND POLISHING, LLC**,

Dated: February 1, 2019                    By:    /s/Adam T. Savett
                                                       One of Plaintiff's Attorneys

                                              Adam T. Savett (VA73387)
                                              **SAVETT LAW OFFICES LLC**
                                              2764 Carole Lane
                                              Allentown Pennsylvania 18104
                                              Telephone: (610) 621-4550
                                              Facsimile: (610) 978-2970
                                              E-mail: adam@savettlaw.com

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2019, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record. A courtesy copy was also emailed to counsel for Defendant.

/s/ Adam T. Savett