Approved.
It is SO ORDERED.
s/Dan Aaron Polster
United States District Judge
Feb. 4, 2019

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **CITY PLATING AND POLISHING, LLC**, | Case No. : 1:18-cv-2168-DAP |
| *Plaintiff*, | **JUDGE DAN AARON POLSTER** |
| *v.* | |
| **GREEN MOUNTAIN INDUSTRIAL SUPPLY LLC**, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| *Defendant*. | |

Plaintiff City Plating and Polishing, LLC hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice.

Respectfully submitted,

**CITY PLATING AND POLISHING, LLC**,

Dated: February 1, 2019

By: ___/s/Adam T. Savett_____
One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*